Filed on 4/8/2015 10:19:13 AM

**OFFICE OF STAN STANART**
COUNTY CLERK, HARRIS COUNTY, TEXAS
CIVIL COURTS DEPARTMENT

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/8/2015 10:23:32 AM
CHRISTOPHER A. PRINE
Clerk

April 8, 2015

1st Court of Appeals
301 Fannin
Houston, Texas 77002

## LETTER OF ASSIGNMENT

Trial Court Docket Number: 1044023
Trial Court Number: Three (3)

**Style:**

MAXINE ADAMS AND CECIL ADAMS          VS.    REVECCA ROSS
APPELLANT(S)                                               APPELLEE(S)

**Judge:** LINDA  STOREY

| | |
|---|---|
| **Appellant(s) Attorney:** | **Appellee(s) Attorney:** |
| Maxine Adams, Pro Se | Timothy J. Henderson, No. 09432500 |
| 5510 South Rice No. 1206 | 6300 West Loop South, Suite 280 |
| Houston, Texas 77081 | Bellaire, Texas 77401-2905 |
| Phone: (713) 840-0330 | Phone: (713) 667-7878 |
| Fax: N/A | Fax: (713) 668-5697 |
| E-Mail: N/A | E-Mail: timjhenderson@msn.com |

Maxine Adams and Cecil Adams, appellants, filed a Notice of Appeal on April 2, 2015 from the Final Judgment that was signed on January 5, 2015.

Motion for Reconsideration filed January 30, 2015

The Clerk's Record is due to your office on or before May 5, 2015.

/S/Joshua Alegria
Joshua Alegria
Deputy Clerk
P.O. Box 1525
Houston, TX  77251-1525
(713) 755-6421

CAUSE NO. 1,044,023

| | | |
|---|---|---|
| MAXINE ADAMS AND | § | |
| CECIL ADAMS | § | THE COUNTY CIVIL |
| COURT | § | |
| *Plaintiffs* | § | |
| v. | § | AT LAW NUMBER: 3 |
| | § | |
| REBECCA ROSS | § | |
| *Defendant* | § | HARRIS COUNTY, TEXAS |

### NOTICE OF APPEAL TO THE 1ST COURT OF APPEALS AND REQUEST FOR COURT REPORTER'S RECORD

NOW HERE COMES Cecil Adams and Maxine Adams (collectively the "Adams") to file this joint notice of appeal to the pursuant to TEX. R. APP. P. ("RULE") 25.1 and Request for Court Reporter's Record. A Request for the Court Reporters Record is included in this notice of appeal.

1. This is notice that the Adams seek to appeal the following orders:

   a. Order 1: Final Judgment and Decree and Order Granting Rebecca Ross's Motion for Summary Judgment and Enforcement Binding Settlement Agreement By Specific Performance Signed on January 5, 2015.

   b. Order 2: Notice – Order Signed on March 16, 2015

Adams requests the listed court reporters record:

Adams Notice of Appeal                                    Page 1 of 3

1. Oral Hearings heard on Wednesday, May 14, 2014 at 9:00 a.m.

2. Oral Hearings heard on Tuesday, March 3, 2015 at 9:00 a.m.

3. Oral Hearings heard on Monday, March 16, 2015 at 9:00 a.m.

Submitted this 2nd day of April 2015.

By: _____
Maxine Adams, PRO SE
5510 South Rice #1206, Houston, TX 77081
713.840.0330

By:_____
Cecil Adams, PRO SE
5510 South Rice #1206 Houston, TX 77081
713.840.0330

**Local Rule Notice of and Assignment of Related Case in Appeals**

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals:

_X_   None

_____
Maxine Adams and Cecil Adams

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above pleading was served by United States Certified Mail, return receipt requested, postage prepaid, and/or by fax and/or by hand delivery and/or electronically through the electronic

Adams Notice of Appeal                                                      Page 2 of 3

filing manager and/or by email by upon all persons or counsel at the address(es) below by Maxine Adams on the 2nd day of April 2015:

Timothy J. Henderson
6300 West Loop South, Suite 280
Bellaire, Texas 77401-2905
713.667.7878
713.668.5697 (fax)

**COUNSEL FOR REBECCA ROSS**

**"CLOSED"**

CAUSE №: – 1,044,023

| | | |
|---|---|---|
| MAXINE ADAMS and CECIL ADAMS, | § § § | IN THE COUNTY CIVIL COURT |
| Plaintiffs, | § § | |
| v. | § § | AT LAW NUMBER 3 |
| REBECCA ROSS, | § § § | |
| Defendant. | § § § | HARRIS COUNTY, TEXAS |

## FINAL JUDGMENT AND DECREE AND ORDER GRANTING REBECCA ROSS'S MOTION FOR SUMMARY JUDGMENT TO ENFORCE BINDING SETTLEMENT AGREEMENT BY SPECIFIC PERFORMANCE

THE COURT has considered Defendant Rebecca Ross ("*Ross*") Motion for Summary Judgment to Enforce Binding Settlement Agreement by Specific Performance ("*Motion*"), and any responses thereto, and the Court is of the opinion that the Motion should be GRANTED and, it is therefore:

ORDERED that Ross's Motion for Summary Judgment to Enforce Binding Settlement Agreement by Specific Performance is GRANTED; and it if further,

ORDERED that all of as to Maxine Adams and Cecil Adams (jointly, the "*Adams*") claims against Defendant Rebecca Ross are hereby DISMISSED; and it is further,

Page 1 of 3

ORDERED that the Adams to execute – everywhere appropriate – the Release and Corollary Documents, which is attached hereto as Exhibit "A-2" and is incorporated by reference into this Order as though fully set forth herein verbatim (the "***Release and Corollary Documents***"). It is ORDERED that the Adams deliver the Release and Corollary Documents to counsel for Ross within five (5) days after the execution of this Final Judgment, Decree and Order. The Release and Corollary Documents, drafted pursuant to the original mediated Settlement Agreement, and the 14 corollary documents, contain the necessary items for the specific performance of the original mediated Settlement Agreement; and it is further

ORDERED that, pursuant to Rules 131, 141 and 303 of the Texas Rules of Civil Procedure, all costs of Court in this cause are taxed against the Adams; and it is further,

ORDERED that this is a final judgment that disposes of all claims and parties.

Pursuant to Rule 308 of the Texas Rules of Civil Procedure, the Court shall RETAIN the power to enforce this Judgment and Decree.

SIGNED on the ___5___ day of ___January___ 2015.

_____
HONORABLE JUDGE PRESIDING

2015 JAN -5 AM 9: 56

**RECORDER'S MEMORANDUM:**
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.

7